MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

KATIE BURROUGHS MEDEARIS (CABN 262539)
Assistant United States Attorney

   450 Golden Gate Avenue, Box 36055
   San Francisco, California  94102
   Telephone:     (415) 436-7200
   Facsimile:      (415) 436-7234
   Email: katie.medearis@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR No. 3:12-CR-00874-RS |
| Plaintiff, | |
| v. | **STIPULATION AND [PROPOSED]** **ORDER CHANGING DATE OF STATUS CONFERENCE** |
| GRACIELA QUINONEZ RIVERA, | |
| Defendant. | |

     The Court has set February 19, 2013 as the date for the first status conference in this matter.  The parties hereby stipulate to reset the status conference to March 5, 2013.  The parties make their request in light of their belief that the matter will be resolved within the next few weeks and, therefore, the time of the court and parties would be used more judiciously by rescheduling the status conference to a later date.  The parties are not requesting that time be excluded.

///

///

///

STIPULATION & [PROPOSED] ORDER CHANGING HEARING DATE

1       SO STIPULATED:
                                            MELINDA HAAG
2                                           United States Attorney

3

4    DATED: February 14, 2013                    /s/
                                            KATIE BURROUGHS MEDEARIS
5                                           Assistant United States Attorney

6

7    DATED: February 14, 2013                    /s/
                                            RICHARD NAHIGIAN
8                                           Attorney for Graciela Quinonez Rivera

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26   ///

27   ///

28   ///

STIPULATION & [PROPOSED] ORDER CHANGING HEARING DATE                              2

**[~~PROPOSED~~] ORDER**

For the reasons stated above, and good cause appearing therefore, the Court sets March 5, 2013, as the date for the next status conference.

IT IS SO ORDERED.

DATED: 2/14/13

_____
HON. RICHARD SEEBORG
United States District Court Judge

STIPULATION & [~~PROPOSED~~] ORDER CHANGING HEARING DATE      3