MELINDA HAAG (CABN 132612)
United States Attorney

J. Douglas Wilson (DCBN 412811)
Chief, Criminal Division

KATIE BURROUGHS MEDEARIS (CABN 262539)
Assistant United States Attorney

   450 Golden Gate Avenue, Box 36055
   San Francisco, California  94102
   Telephone:     (415) 436-7200
   Facsimile:      (415) 436-7234
   Email: katie.medearis@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br>    Plaintiff, ) <br> ) <br>   v. ) <br> ) <br> GRACIELA QUINONEZ RIVERA, ) <br> ) <br>    Defendant. ) <br> ) | CR No. 3:12-CR-00874-RS <br><br> **STIPULATION AND [PROPOSED]** <br> **ORDER CHANGING DATE OF** <br> **SENTENCING** |

This matter is set for sentencing on September 24, 2013.  The parties hereby stipulate to reset the sentencing to November 5, 2013 and respectfully request the Court's approval to do so.  The parties make this request because they agree that further investigation is required in this matter.

///

///

STIPULATION & [PROPOSED] ORDER CHANGING HEARING DATE

1  The Government and defense counsel believe that the delay is in the interests of justice and
2  make their request in good faith.
3
4       SO STIPULATED:
                                             MELINDA HAAG
5                                            United States Attorney
6
7  DATED: September 19, 2013              /s/
                                             KATIE BURROUGHS MEDEARIS
8                                            Assistant United States Attorney
9
10 DATED: September 19, 2013              /s/
                                             RICHARD NAHIGIAN
11                                           Attorney for Graciela Quinonez Rivera
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

STIPULATION & [PROPOSED] ORDER CHANGING HEARING DATE                              2

**[PROPOSED] ORDER**

For the reasons stated the parties, and good cause appearing therefore, the Court sets November 5, as the date for sentencing and finds it in the interests of justice to reschedule the matter accordingly.

IT IS SO ORDERED.

DATED: 9/20/13

_____
HONORABLE RICHARD SEEBORG
United States District Court Judge

STIPULATION & [PROPOSED] ORDER CHANGING HEARING DATE                               3